ORDERED.

Dated: February 07, 2019

*Paul M. Glenn*
Paul M. Glenn
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 3:18-BK-02121-PMG |
| Amanda Marie Meyer and Patrick Wayne Meyer, | Chapter 13 |
| Debtors. | |
| _____/ | |

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NUMBER 4 OF SANTANDER CONSUMER USA (DOC. NO. 55)

This case came on for the consideration of the Debtors' Objection to Claim (Docket No. 55) directed to claim number 4 of Creditor, Santander Consumer, USA ("the claim"). After notice and a hearing on held on January 16, 2019, it is

**ORDERED**:

1. The Debtors' objection to the claim is sustained.

2. Creditor shall have a secured claim in the amount of $5,700.00, with all additional amounts being paid as a general unsecured claim.

Ordered prepared by Chad D. Heckman
HLG File No.:  18-591

Attorney Chad D. Heckman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.